# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF NEW YORK
# BROOKLYN DIVISION

| | |
|---|---|
| TAHERA CHOWDHURY,<br><br>                    Plaintiff,<br><br>    vs.<br><br>ABM AVIATION, INC.,<br><br>                    Defendant. | Case No.: 1:25-cv-5102 (DG) (JRC)<br><br>**NOTICE OF APPEARANCE** |

**PLEASE TAKE NOTICE** that Emanuel Kataev, Esq. of Sage Legal LLC hereby respectfully enters his appearance as counsel for Plaintiff Tahera Chowdhury in the above captioned matter. All pleadings, papers, and correspondence in this matter should be served upon undersigned counsel. I certify that I am admitted to practice in the United States District Court for the Eastern District of New York.

Dated: Jamaica, New York
       November 26, 2025

Respectfully submitted,

**SAGE LEGAL LLC**
 _/s/ Emanuel Kataev, Esq.___
Emanuel Kataev, Esq.
18211 Jamaica Avenue
Jamaica, NY 11423-2327
(718) 412-2421 (office)
(917) 807-7819 (cellular)
(718) 489-4155 (facsimile)
emanuel@sagelegal.nyc

*Attorneys for Plaintiff*
*Tahera Chowdhury*

**VIA ECF**
Jackson Lewis P.C.
<u>Attn</u>: Adam Granek Guttell & Isaac Scott Baskin, Esqs.
58 South Service Road, Suite 250
Melville, NY  11747
adam.guttell@jacksonlewis.com
isaac.baskin@jacksonlewis.com

## **CERTIFICATE OF SERVICE**

I hereby certify that on November 26, 2025, I electronically filed the foregoing with the Clerk of the Court using the ECF system, which will send notice of such filing to all attorneys of record in this matter.

**SAGE LEGAL LLC**

By: */s/ Emanuel Kataev, Esq.*