# JacksonLewis

**Jackson Lewis P.C.**
58 South Service Road, Suite 250
Melville NY  11747
(631) 247-0404 Main
(631) 247-0417 Fax
jacksonlewis.com

MY DIRECT DIAL IS: (631) 247-4628
MY EMAIL ADDRESS IS: ISAAC.BASKIN@JACKSONLEWIS.COM

December 10, 2025

**VIA ECF**

Honorable James R. Cho
United States Magistrate Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

                        **Re:  Tahera Chowdhury v. ABM Aviation, Inc.**
                            **Case No. 25 Civ. 05102 (DG)(JRC)**

Dear Judge Merle:

      As counsel for Defendant, we write with Plaintiff's counsel pursuant to the Your Honor's Individual Rule C, to request an adjournment of the Initial Conference from December 17, 2025 to January 14, 2026. This 28-day extension of time is respectfully requested for Plaintiff to consider the arbitration agreement Defendant provided to Plaintiff to determine if Plaintiff will consent to litigate this case at arbitration or whether Defendant will have to move to compel arbitration. Further, Plaintiff's counsel has a scheduling conflict as he is required to appear before the Hon. Steven I. Locke, U.S.M.J. on Wednesday, December 17, 2025 at 11:30 AM in Central Islip. This is the parties' first request for an adjournment of the Initial Conference and this request does not impact any other scheduled dates in this case.

      We appreciate Your Honor's consideration of this extension request.

                                        Very truly yours,

                                        JACKSON LEWIS P.C.

                                        *Isaac S. Baskin*

                                        Isaac S. Baskin, Esq.

ISB
cc: All Counsel of Record, *via ECF*

4912-0046-9820, v. 1