# JacksonLewis

**Jackson Lewis P.C.**
58 South Service Road, Suite 250
Melville NY 11747
(631) 247-0404 Main
(631) 247-0417 Fax
jacksonlewis.com

MY DIRECT DIAL IS: (631) 247-4628
MY EMAIL ADDRESS IS: ISAAC.BASKIN@JACKSONLEWIS.COM

January 5, 2026

**VIA ECF**
Honorable James R. Cho
United States Magistrate Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

                     **Re:  Tahera Chowdhury v. ABM Aviation, Inc.**
                             **Case No. 25-cv-05102(DG/JRC)**

Dear Judge Cho:

       As counsel for Defendant, we write with Plaintiff's counsel, who does not object to the instant request, pursuant to the Your Honor's Individual Rule C, to request an adjournment of the Initial Conference from January 14 to January 28, 2026. This 14-day extension of time is respectfully requested as the parties are continuing to consider arbitration.

       On December 5, 2025, Defendant produced the arbitration agreement it asserts Plaintiff entered during her employment with Defendant. On December 16, 2025, Plaintiff responded requesting additional ESI data showing that Plaintiff did in fact sign the arbitration agreement Defendant produced. On December 22, 2025, Defendant produced data it asserts shows that Plaintiff signed the arbitration agreement and, therefore, this case should be submitted to arbitration. Plaintiff has not responded to Defendant's production and requires additional time to review the documentation.

       Accordingly, the parties require additional time for Plaintiff to consider the arbitration agreement Defendant provided to Plaintiff to determine if Plaintiff will consent to litigate this case at arbitration or whether Defendant will have to move to compel arbitration.

       Plaintiff does not object to this request, and was prepared to submit a proposed Scheduling Order as required without prejudice to any motion to compel arbitration should the same be necessary.  However, Defendant requested that the parties not spend unnecessary resources on discovery when there is a binding arbitration agreement for this matter. This is the second request for an adjournment of the Initial Conference, and the Court granted the parties' first request. This request does not impact any other scheduled dates in this case.

       We appreciate Your Honor's consideration of this extension request.

JacksonLewis

Hon. James R. Cho
January 5, 2026
Page 2

        Very truly yours,

        JACKSON LEWIS P.C.

        *Isaac S. Baskin*

        Isaac S. Baskin, Esq.

ISB
cc: All Counsel of Record, *via ECF*