# Sage Legal LLC

18211 Jamaica Avenue ● Jamaica, NY 11423-2327 ● (718) 412-2421 ● emanuel@sagelegal.nyc

January 26, 2026

**VIA ECF**
United States District Court
Eastern District of New York
<u>Attn</u>: Hon. James R. Cho, U.S.M.J.
225 Cadman Plaza East
Courtroom 11D South
Brooklyn, NY 11201-1804

      Re:    **<u>Chowdhury v. ABM Aviation, Inc.
                 Case No.: 25-cv-5102 (DG) (JRC)</u>**

Dear Judge Cho:

      This firm represents Plaintiff Tahera Chowdhury (hereinafter the "Plaintiff") in the above-referenced case. The parties write jointly to respectfully request an extension of time to file Rule 26(f) report, a deadline currently set for today, January 26, 2026.

      Pursuant to ¶ C(2) of this Court's Individual Practices, the parties respectfully submits that:

           (i) the deadline was originally set for January 14, 2026;

           (ii-iii) there have been two (2) prior requests for an extension of this deadline by Defendant, to which Plaintiff consented, and this Court granted;

           (iv) Defendant joins in this request; and

           (v) the instant request may affect the currently scheduled initial conference, but the parties need additional time because Plaintiff's counsel is engaged court ordered depositions in the matter of <u>Superb Motors Inc, et al. v. Deo, et al.</u>; Case No.: 2:23-cv-6188 (JMW), ECF Docket Entry 363 and Text Only Order dated December 19, 2025 (" the Court adopts the deposition schedule proposed at ECF No. 363. These deposition dates are final and shall not be changed without leave from the Court"). Further, Defendant's counsel is still waiting for a response to Defendant's December 22, 2025 production regarding its demand to enforce the Mutual Arbitration Agreement in this matter (which it followed up on as recently as January 20, 2026) and is prepared to move to enforce said Mutual Arbitration Agreement and stay this Action.

      Plaintiff kindly requests that the Court adjourn the deadline to file the Rule 26 (f) report and Conference scheduled for January 28, 2026 to February 10, 2026 or as soon as thereafter this Court may do so. The parties thank this Court for its time, attention, and anticipated courtesies in this case.

Dated: Jamaica, New York
       January 26, 2026                             Respectfully submitted,

                                                        **SAGE LEGAL LLC**

                                                        By:   */s/ Emanuel Kataev, Esq.*
                                                        Emanuel Kataev, Esq.
                                                        18211 Jamaica Avenue
                                                        Jamaica, NY 11423-2327
                                                        (718) 412-2421 (office)
                                                        (917) 807-7819 (cellular)
                                                        (718) 489-4155 (facsimile)
                                                        emanuel@sagelegal.nyc

                                                        *Attorneys for Plaintiff*
                                                        *Tahera Chowdhury*

**VIA ECF**
Jackson Lewis P.C.
<u>Attn</u>: Adam Granek Guttell & Isaac Scott Baskin, Esqs.
58 South Service Road, Suite 250
Melville, NY 11747-2329
adam.guttell@jacksonlewis.com
isaac.baskin@jacksonlewis.com