# JacksonLewis

**Jackson Lewis P.C.**
58 South Service Road, Suite 250
Melville NY  11747
(631) 247-0404 Main
(631) 247-0417 Fax
jacksonlewis.com

MY DIRECT DIAL IS: (631) 247-4675
MY EMAIL ADDRESS IS:  ADAM.GUTTELL@JACKSONLEWIS.COM

February 18, 2026

**VIA ECF**

Honorable James R. Cho
United States District Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

        **Re: Chowdhury v. ABM Aviation, Inc.**
        **Case No. 25 Civ. 05102 (DG)(JRC)**

Dear Judge Cho:

    As counsel for Defendant, we write jointly with counsel for Plaintiff pursuant to the Court's Order issued on February 11, 2026 regarding mediation, the parties respectfully request the Court refer them to the Court-annexed mediation program.

    We appreciate Your Honor's consideration of this request.

                                          Very truly yours,

                                          JACKSON LEWIS P.C.

                                          *Adam G. Guttell*

                                          Adam G. Guttell, Esq.
                                          Isaac S. Baskin, Esq.

AGG
cc: All Counsel of Record, *via ECF*