# JacksonLewis

**Jackson Lewis P.C.**
58 South Service Road, Suite 250
Melville, NY  11747
(631) 247-0404 Main
(631) 247-0417 Fax
jacksonlewis.com

MY DIRECT DIAL IS: (631) 247-4628
MY EMAIL ADDRESS IS: ISAAC.BASKIN@JACKSONLEWIS.COM

March 4, 2026

**VIA ECF**
Honorable James R. Cho
United States Magistrate Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

                              Re:  Tahera Chowdhury v. ABM Aviation, Inc.
                                **Case No. 25-cv-05102(DG)(JRC)**

Dear Judge Cho:

      As counsel for Defendant, we write with Plaintiff's counsel, pursuant to the Court's Order, dated February 18, 2026, to inform the Court that the parties have selected Stephen Sonnenberg for the Court-annexed mediation in this case. The parties are in the process of scheduling the mediation.

      We appreciate Your Honor's consideration of this submission.

                                                  Very truly yours,
                                                  JACKSON LEWIS P.C.

                                                  *Isaac S. Baskin*

                                                  Isaac S. Baskin, Esq.

ISB
cc: All Counsel of Record, *via ECF*

4933-7705-0516, v. 1