JacksonLewis

**Jackson Lewis P.C.**
58 South Service Road, Suite 250
Melville NY 11747
(631) 247-0404 Main
(631) 247-0417 Fax
jacksonlewis.com

MY DIRECT DIAL IS: (631) 247-4628
MY EMAIL ADDRESS IS: ISAAC.BASKIN@JACKSONLEWIS.COM

May 15, 2026

**VIA ECF**
Honorable James R. Cho
United States Magistrate Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

**Re: Tahera Chowdhury v. ABM Aviation, Inc.**
**Case No. 25-cv-05102(DG/JRC)**

Dear Judge Cho:

As counsel for Defendant, we write pursuant to the Your Honor's Individual Rule C, to request an extension of time to complete the mediation in this case from May 18 to July 30, 2026. *See* Order, dated February 18, 2026. The parties selected Stephen Sonnenberg as the mediator for this case. Mr. Sonnenberg did not have any availability for the mediation prior to May 18, 2026. The parties therefore requested Mr. Sonnenberg's availability for June. Mr. Sonnenberg was available from June 9-11 and Defendant proposed June 10-11 to Plaintiff on March 20, 2026. Plaintiff's counsel did not respond with his or his client's availability, despite my repeated and consistent follow-up, until May 7, 2026. Plaintiff's counsel noted that while his client was available either of those dates, he had a hearing in New Jersey on June 10th and pretrial conference in Texas on June 11th and requested that we go back to Mr. Sonnenberg for his availability in late May-August.

On May 7, 2026, Mr. Sonnenberg has provided his availability from late May-August. On May 12, 2026, Defendant emailed Plaintiff's counsel, *inter alia*, their availability from the dates provided by Mr. Sonnenberg for the mediation in July including the following dates: July 1, 8, and 16, 2026.[1] Plaintiff's counsel has not responded with Plaintiff's availability, despite my repeated follow up and notification that the time to mediate will expire soon.

Defendant, therefore, requests that the Court extend the time for the parties to conduct the mediation in this case until July 30, 2026. Defendant also requests that the Court set a May 26, 2026, deadline for Plaintiff to provide to Defendant her availability for the mediation so as not to continue to unnecessarily delay the mediation. Defendant requested Plaintiff's consent to request an extension of time to conduct the mediation in this case on May 12, 14-15, 2026, but have not heard back from Plaintiff's counsel. This is Defendant's first request to extend the time to mediate in this case and this request does not impact any other deadlines in the case.

---

[1] Defendant also provided their availability in August, but due to Plaintiff's counsel lack of responsiveness, Defendant would prefer the mediation take place by July when Defendant is first available on the same date as Mr. Sonnenberg.

Defendant appreciates Your Honor's consideration of this extension request.

Very truly yours,

JACKSON LEWIS P.C.

*Isaac S. Baskin*

Isaac S. Baskin, Esq.

ISB/kms
cc: All Counsel of Record, *via ECF*

4933-8781-4828, v. 1