JacksonLewis

**Jackson Lewis P.C.**
58 South Service Road, Suite 250
Melville NY 11747
(631) 247-0404 Main
(631) 247-0417 Fax
jacksonlewis.com

MY DIRECT DIAL IS: (631) 247-4628
MY EMAIL ADDRESS IS: ISAAC.BASKIN@JACKSONLEWIS.COM

August 21, 2026

**VIA ECF**

Honorable James R. Cho
United States Magistrate Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

Re: Tahera Chowdhury v. ABM Aviation, Inc.
Case No. 25-cv-05102(DG/JRC)

Dear Judge Cho:

As counsel for Defendant, we write with Plaintiff's counsel pursuant to the Your Honor's Order, issued June 30, 2026, to update the Court on the parties' mediation in this case. The parties have agreed to settle this matter in principle and are working on finalizing the settlement paperwork. Accordingly, the parties request the Court adjourn *sine die* all deadlines in this case so the parties can finalize their settlement and file a stipulation of dismissal with prejudice.

We appreciate Your Honor's consideration of these requests.

Very truly yours,

JACKSON LEWIS P.C.

*Isaac S. Baskin*

Isaac S. Baskin, Esq.

ISB/dc
cc: All Counsel of Record, *via ECF*