JacksonLewis

**Jackson Lewis P.C.**
58 South Service Road, Suite 250
Melville NY 11747
(631) 247-0404 Main
(631) 247-0417 Fax
jacksonlewis.com

MY DIRECT DIAL IS: (631) 247-4628
MY EMAIL ADDRESS IS: ISAAC.BASKIN@JACKSONLEWIS.COM

October 8, 2026

**VIA ECF**

Honorable James R. Cho
United States Magistrate Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

**Re: Tahera Chowdhury v. ABM Aviation, Inc.**
**Case No. 25-cv-05102(DG/JRC)**

Dear Judge Cho:

As counsel for Defendant, we write with Plaintiff pursuant to the Court's Order dated September 25, 2026, to provide a joint status report. The parties have executed the Settlement Agreement and Defendant is in the process of issuing the settlement payment to Plaintiff's counsel by October 31, 2026, in accordance with the Agreement. Accordingly, the parties respectfully request until November 1, 2026, to file the stipulation of dismissal.

The parties appreciate Your Honor's consideration of this joint status report.

Very truly yours,

JACKSON LEWIS P.C.

*Isaac S. Baskin*

Isaac S. Baskin, Esq.

ISB/kms
cc: All Counsel of Record, *via ECF*

4933-8781-4828, v. 1