UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

---

TAHERA CHOWDHURY,

Plaintiff,

- against -

ABM AVIATION, INC.,

Defendant.

Case No. 25-cv-5102 (DG) (JRC)

---

**STIPULATION OF DISMISSAL WITH PREJUDICE**

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned attorneys of record for the respective parties in the above-captioned action, that pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, all the claims asserted or that could have been asserted in this action are hereby dismissed with prejudice and without an award of fees or costs as against either Party.

| | |
|---|---|
| SAGE LAW LLC<br>*Attorneys for Plaintiff*<br>18211 Jamaica Avenue<br>Jamaica, New York 11423<br>(718) 412-2421 (office)<br><br>By: */s/ Emanuel Kataev, Esq.*<br>Emanuel Kataev, Esq.<br><br>Dated: November 9, 2026 | JACKSON LEWIS P.C.<br>*Attorneys for Defendant*<br>58 South Service Road, Suite 250<br>Melville, New York 11747<br>(631) 247-4660<br><br>By: /s/ *Isaac S. Baskin, Esq.*<br>Isaac S. Baskin, Esq.<br><br>Dated: November 9, 2026 |